Same case below, 366 Fed. Appx. 784.

**No. 09-11009. Marel M. Branch, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3527, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5425.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 609.

**No. 09-11010. Keith Adams, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3527, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5483.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 946.

**No. 09-11011. Julio Agron, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3527, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5449.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 593 F.3d 82.

**No. 09-11012. John E. Barrington, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3527, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5484.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11014. Salvatore Savoca, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3528, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5399.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 596 F.3d 154.

**No. 09-11020. Jesus Jose Medrano, aka Salvador Andrade, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3528, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5461.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 356 Fed. Appx. 102.

**No. 09-11022. William Patrick Flannigan, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3528, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5453.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 367 Fed. Appx. 732.

**No. 09-11027. Juan Soto-Ramirez, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3528, 177 L. Ed. 2d 1108, 2010 U.S. LEXIS 5365.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.